IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 19 2019
M-20-1164
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:19-cr-34 Judge: JCB/KNM |
| CESAR ARTURO RODRIGUEZ-CONTRERAS | § § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 8 U.S.C. §§ 1326(a) and (b)(2) (Illegal reentry following removal)

On or about April 4, 2019, in Smith County, Texas, in the Eastern District of Texas, the defendant, **Cesar Arturo Rodriguez-Contreras**, an alien, was found in the United States after having been removed therefrom on or about May 5, 2011, and the defendant had not obtained the express consent of the Secretary of the Department of Homeland Security to re-apply for admission to the United States,

In violation of 8 U.S.C. §§ 1326(a) and (b)(2).

Indictment - Page 1 of 3

A TRUE BILL

_____/??/_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____[signature]_____                    _____06/19/2019_____
COLLEEN BLOSS                            Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:19-cr- Judge: |
| CESAR ARTURO RODRIGUEZ-CONTRERAS | § § § | |

## NOTICE OF PENALTY

### Count One

Violation:            8 U.S.C. § 1326(a)

Penalty:              Imprisonment for not more than 2 years; a fine not to exceed $250,000, or both; and supervised release of not more than 1 year.

                         If the removal was subsequent to a conviction for a felony, then imprisonment for not more than 10 years; a fine not to exceed $250,000, or both; and supervised release of not more than 3 years.

                         If the removal was subsequent to a conviction for an aggravated felony, then imprisonment for not more than 20 years; a fine not to exceed $250,000, or both; and supervised release of not more than 3 years.

Special Assessment:            $100.00